**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 05-1423

_____

TERRELL JOYNER,

Plaintiff - Appellant,

versus

RON CHERRY, Superintendent of the Hampton
Roads Regional Jail,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (CA-05-184-2)

_____

Submitted:  July 14, 2005            Decided:  July 21, 2005

_____

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Terrell Joyner, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Terrell Joyner seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Joyner's motion for leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. See Joyner v. Cherry, No. CA-05-184-2 (E.D. Va. filed Apr. 8, 2005 & entered Apr. 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED